# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

SHENIQUA CARR,

    Plaintiff,

v.                                                     Case No. 2:20-cv-02699-MSN-cgc

ELECTROLUX HOME PRODUCTS, INC.,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed September 17, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Notice of Settlement, (ECF No. 11), filed on October 13, 2020, and Plaintiff's Notice of Voluntary Dismissal, (ECF No. 12), filed on October 29, 2020, settling this matter and dismissing all claims against Defendant with prejudice, this matter and all claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                  MARK S. NORRIS
                  UNITED STATES DISTRICT JUDGE

DATE:     November 2, 2020